## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: UNRATH, JUDITH A.                              §   Case No. 11-82836
                                               §
                                               §

Debtor(s)                                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 03/21/2012 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Dated : _02/14/2012_____      By: _/s/JOSEPH D. OLSEN_____
                                                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: UNRATH, JUDITH A.                     § Case No. 11-82836
                                             §
                                             §
                                             §
Debtor(s)                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 57,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 57,000.00 |

**Balance on hand:**                     $ 57,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:                        $ 57,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 5,956.33 | 0.00 | 5,956.33 |
| Trustee, Expenses - JOSEPH D. OLSEN | 33.60 | 0.00 | 33.60 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,412.50 | 0.00 | 1,412.50 |

Total to be paid for chapter 7 administration expenses:   $ 7,402.43
Remaining balance:                                         $ 49,597.57

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $        0.00

Remaining balance:  $     49,597.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $        0.00

Remaining balance:  $     49,597.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,673.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,600.14 | 0.00 | 2,600.14 |
| 2 | American InfoSource LP as agent for | 21,290.13 | 0.00 | 21,290.13 |
| 3 | Capital One,N.A | 1,873.63 | 0.00 | 1,873.63 |
| 4 | Quantum3 Group LLC as agent for | 1,488.02 | 0.00 | 1,488.02 |
| 5 | PYOD LLC its successors and assigns as assignee of | 19,421.23 | 0.00 | 19,421.23 |

Total to be paid for timely general unsecured claims:  $     46,673.15

Remaining balance:  $      2,924.42

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 2,924.42

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 2,924.42

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $51.09. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $2,873.33.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
_____
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-82836-MB
Judith A. Unrath                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman         Page 1 of 3          Date Rcvd: Feb 24, 2012
                             Form ID: pdf006         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2012.
db          +Judith A. Unrath,   2404 S. Highwood Rd,   McHenry, IL 60051-9743
17469049    +1st Nat Bank McHenry,   3814 W Elm St,   McHenry, Il 60050-4392
17475535    #Associated Credit,   105B South ST,   P.O. Box 9100,   Hopkinton, MA 01748-9100
17475536     Baker & Miller,   29 N. Wacker Dr,   Ste 500,   Chicago, IL 60606-2854
17469050    +Best Buy/HSBC Bank,   PO Box 15521,   Wilmington, DE 19850-5521
17475538    +Blitt & Gaines,   661 Glenn Ave,   Wheeling, IL 60090-6017
17915894    +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
17469051    +Citi Plat Sel Card,   Box 6000,   The Lakes, NV 89163-0001
17469052    +Citibank,   PO Box 6000,   The Lakes, NV 89163-0001
17475541    +Dicover Card,   P.O. Box 30943,   Salt Lake City, UT 84130-0943
17475542     Fashion Bug WFNNB,   Bankruptcy Dept,   P.O. Box 18125,   Columbus, OH 43218-2125
17469054     Fashion Bug WFNNB,   Bankruptcy Dept,   PO Box 18125,   Columbus, OH 43218
17475543    +Freedman Anselmo LLC,   P.O. Box 3228,   Naperville, IL 60566-3228
17475544    +John Bonewicz PC,   8001 N. Lincoln Ave,   Skokie, IL 60077-3657
17475546    +Pogressive Financial,   1919 West Fairmont Ste 8,   Tempe, AZ 85282-3194
17469056    +Target,   PO Box 9475,   Minneapolis, MN 55440-9475
17469057    +Wells Fargo,   800 Walnut St,   Des Moines, IA 50309-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17890461      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2012 04:45:08
              American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17469053      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2012 04:39:55     Discover Card,   PO Box 30943,
              Salt Lake City, UT 84130
17890435      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2012 04:39:55     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17469055     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 25 2012 04:44:03     Kohls,   PO Box 3084,
              Milwaukee, WI 53201-3084
18283372     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 25 2012 02:35:58
              PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
18026842      E-mail/Text: bnc-quantum@quantum3group.com Feb 25 2012 03:27:06
              Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
              Kirkland, WA  98083-0788
                                                                                     TOTAL: 6


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17475534*    +1st Nat Bank McHenry,   3814 W Elm St,   Mchenry, IL 60050-4392
17475533*    +1st Nat Bank McHenry,   3814 W. Elm St,   Mchenry, IL 60050-4392
17475537*     Best Buy /HSBC Bank,   P.O.Box 15521,   Wilmington, DE 19850-5521
17475539*     Citi Plat Sel Card,   Box 6000,   The Lakes, NV 89163-6000
17475540*     Citibank,   P.O. Box 6000,   The Lakes, NV 89163-6000
17475545*    +Kohls,   P.O. Box 3084,   Milwaukee, WI 53201-3084
17475547*    +Target,   P.O. Box 9475,   Minneapolis, MN 55440-9475
17475548*    +Wells Fargo,   800 Walnut St,   Des Moines, IA 50309-3891
                                                                            TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: cbachman          Page 2 of 3          Date Rcvd: Feb 24, 2012
                             Form ID: pdf006          Total Noticed: 23

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2012**                     **Signature:**        _Joseph Speetjens_

```
District/off: 0752-3          User: cbachman          Page 3 of 3              Date Rcvd: Feb 24, 2012
                             Form ID: pdf006          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2012 at the address(es) listed below:
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick Layng carole.ryczek@usdoj.gov
          Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com,  IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard C. Kelly    on behalf of Debtor Judith Unrath kellylawhebron@aol.com
                                                                                    TOTAL: 6